IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2013 NOV 15 PM 12:26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:13cr301-WKW |
| v. | ) | 18 U.S.C. § 241 |
| | ) | |
| | ) | INFORMATION |
| THOMAS WINDELL SMITH | ) | |

The United States charges:

## COUNT 1
### (Conspiracy Against Rights)

On or about May 8, 2009, in Dale County, within the Middle District of Alabama, the defendant,

**THOMAS WINDELL SMITH,**

willfully conspired with S.J.D. to injure, oppress, threaten, and intimidate African American persons in Alabama in the free exercise and enjoyment of a right secured to these persons by the Constitution and laws of the United States, that is, the right to occupy a dwelling free from intimidation and interference based on race.

It was part of the plan and purpose of the conspiracy that **SMITH** and S.J.D. would construct a wooden cross, transport the cross to the victims' neighborhood, and burn the cross in the victims' neighborhood, in view of residences, and thereby intimidate and interfere with the enjoyment and occupancy of the victims' homes.

In furtherance of the conspiracy and to accomplish its objectives, the conspirators committed the following acts, among others, on or about May 8, 2009, in Dale County, in the Middle District of Alabama:

1. S.J.D. encouraged **SMITH** to help him burn a cross in the victims' neighborhood;

2. S.J.D. constructed a six-foot-tall cross using wood and nails from around S.J.D.'s residence;

3. S.J.D. wrapped a towel and pair of jeans around the cross;

4. S.J.D. loaded the cross into **SMITH**'s truck;

5. With **SMITH** driving and S.J.D. providing directions, the two men transported the cross to an African American neighborhood near Johntown Road in Ozark, Alabama;

6. S.J.D. dug a hole in the ground and erected the cross at the entrance to the African American neighborhood, in view of several houses; and

7. S.J.D. set the cross on fire.

All in violation of Title 18, United States Code, Section 241.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Jerusha T. Adams
Assistant United States Attorney

JOCELYN SAMUELS
ACTING ASSISTANT ATTORNEY GENERAL
Civil Rights Division
U.S. Department of Justice

Chiraag Bains
Trial Attorney